UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>LINDA MCMAHON, et al,<br><br>    Defendants. | No. 2:19-cv-1692-KJM-KJN PS<br><br>ORDER DENYING IFP REQUEST AND SETTING PAYMENT SCHEDULE |

      On August 29, 2019, Plaintiff, proceeding without counsel, commenced this action and requested leave to proceed in forma pauperis. (ECF Nos. 1, 2.)

      The filing fee to commence a civil case is presently $400.00. The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1). Plaintiff's financial declaration indicates he has an approximate monthly income of less than $2,000 per month. (ECF No. 2.) According to the United States Department of Health and Human Services, the poverty guideline for a household of 2 persons (not in Alaska or Hawaii) is $16,910.00 for 2019. See https://aspe.hhs.gov/poverty-guidelines. Thus, Plaintiff's gross household income—roughly $24,000 per year—is over the 2019 poverty guideline. Moreover, Plaintiff reports that he currently possesses $3,700.00 in his banking account. (ECF No. 2.) As such, the court finds that Plaintiff does not qualify for a waiver of the $400.00 filing fee.

Nevertheless, the court is also cognizant that Plaintiff has relatively little in the way of post-expenses income, and that a one-time $400 payment may represent a significant strain on his monthly budget. Plaintiff claims regular monthly expenses of $2,000, as well as periodic credit card payments. (ECF No. 2.) Thus, after Plaintiff's listed expenses are deducted from his net income, Plaintiff has no remaining expendable income.

Therefore, the court finds it appropriate to instead require monthly payments of $100.00 until the $400.00 filing fee is paid in full, on the schedule outlined below. Once Plaintiff's first payment is made, the court will direct service of the complaint on Defendants.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;
2. Plaintiff shall pay the filing fee of $400.00 on an installment schedule, with $100.00 payments to the Clerk of Court due on the following deadlines: **November 15, 2019; December 15, 2019; January 15, 2020; and February 15, 2020**;
3. Once the first installment payment is made, the court will direct service of the complaint on the named defendants; and
4. Failure to timely pay the amounts due may result in dismissal of the action.

Dated: September 25, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sing, 1692

---

[1] The court provides the payment-plan option to Plaintiff based on its discretion under 28 U.S.C. § 1915.

2