IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KULVINDER SINGH, | CASE NO. 2:19-CV-01692-KJM-KJN (PS) |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LINDA McMAHON, et al., | |
| Defendants. | |

Before the Court is the parties' stipulation regarding an amended complaint. Good cause appearing, the stipulation is ADOPTED.

On or before February 21, 2020, plaintiff Kulvinder Singh shall file an amended complaint removing Scott Reynders as a defendant and substituting Chris Pilkerton as the Acting Administrator of the Small Business Administration as the successor to Linda McMahon, who stepped down as the Administrator of the Small Business Administration on April 12, 2019.

On or before April 10, 2020, the Acting Administrator of the Small Business Administration shall file a response to the amended complaint, by motion or otherwise.

IT IS SO ORDERED.

Dated: January 23, 2020

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1692.sing

1