IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LINDA McMAHON, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:19-CV-01692-KJM-KJN (PS)<br><br>ORDER |

Before the Court is the parties' joint stipulation and request regarding the scheduling conference. Good cause appearing, the request is GRANTED.

The Status (Pretrial Scheduling) Conference current set for February 20, 2020, at 10:00 a.m., in Courtroom No. 25 before the undersigned is continued to May 14, 2020, at 10:00 a.m. The parties shall file the required status reports no later than seven days prior to the Status Conference as set forth in the Court's Order Setting Status Conference (ECF 6). All other aspects of the Court's Order Setting Status Conference (ECF 6) remain in effect.

IT IS SO ORDERED.

Dated: February 13, 2020

/1692.sing

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1