1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Philip.Scarborough@usdoj.gov

6  Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOVITA CARRANZA, Administrator, U.S. Small Business Administration,<br><br>                    Defendant. | CASE NO. 2:19-CV-01692-KJM-KJN (PS)<br><br>**ORDER**<br><br>DATE:     May 14, 2020<br>TIME:     10:00 a.m.<br>JUDGE:   Hon. Kendall J. Newman<br>COURT:  Courtroom 25, 8th Floor |

Pending before the Court is the parties' stipulation and joint request to continue the status conference currently set for May 14, 2020, at 10:00 a.m. Due to the ongoing national health emergency, the parties represent that they have not been able to meet and confer in person regarding the Rule 26 discovery plan, as required by the Court's prior order. *See* ECF 6 at 2 ¶ 4. Good cause appearing, the Court continues the status conference currently set for May 14, 2020, to **June 25, 2020**, at 10:00 a.m. before the undersigned.

//

//

//

//

//

//

1

In lieu of meeting and conferring in person, the parties may meet and confer telephonically. No later than one week prior to the continued status conference, the parties shall file their status reports[1] addressing the matters set forth in paragraph 6 of the Court's order dated October 10, 2019. *See* ECF 6 at 2 ¶ 6.

IT IS SO ORDERED.

Dated:  May 11, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are encouraged, when possible, to file a joint status report.

2