UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH, | No. 2:19-cv-01692-KJM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| JOVITA CARRANZA, Administrator, U.S. Small Business Administration, | (ECF No. 25) |
| Defendant. | |

Presently before the court is plaintiff's application to electronically file in this matter. (ECF No. 25.) At a prior hearing in this case, defendant indicated it does not oppose plaintiff's request. While pro se parties are usually not permitted to electronically file, plaintiff, who is proceeding pro se in this matter but is a licensed California attorney, has satisfied his burden to use the court's electronic filing system. See Local Rule 133. In light of plaintiff's reasons for requesting access to the court's electronic filing and his prior experience, the court grants his request (subject to revocation or sanctions if plaintiff violates the privilege).

Accordingly, it is HEREBY ORDERED that plaintiff's application to electronically file (ECF No. 25) is GRANTED.

Dated: July 9, 2020

singh.1692

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE