McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH, | CASE NO. 2:19-CV-01692-KJM-KJN (PS) |
| Plaintiff, | ORDER |
| v. | |
| JOVITA CARRANZA, | |
| Defendant. | |

Before the Court is the parties' joint stipulation and request regarding a settlement conference.

This matter is set for a settlement conference before the Honorable Carolyn K. Delaney, magistrate judge, on November 10, 2020, at 9:30 a.m.

The parties are to review Judge Delaney's settlement conference procedures available online.

IT IS SO ORDERED.

Dated: July 20, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/1692.singh

ORDER                                                    1