UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH, | No.  2:19-cv-01692-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| JOVITA CARRANZA, Administrator, U.S. Small Business Administration, | |
| Defendant. | |

Given the parties' consent to the undersigned for all further proceedings (ECF No. 30) the court amends the Status (Pretrial Scheduling) Order (ECF No. 22) as follows:

The final pretrial conference and jury trial will take place before the undersigned.  The court declines to set final pretrial conference and trial dates at this juncture.[1]  Instead, the court orders the parties to submit a Notice of Trial Readiness on one of the following timelines:

　A. After resolution of any pending dispositive motions, the parties are to submit the Notice not later than thirty (30) days after receiving the court's ruling(s) on the last filed dispositive motion(s); or

　B. If the parties do not intend to file dispositive motions, the parties are ordered to file the

---

[1] However, as the court informed the parties at the hearing in this matter, the undersigned is willing to be flexible to the parties' needs.  If both parties wish for these dates to be set, they are instructed to contact the undersigned's courtroom deputy regarding available dates and file a request with the court.

1

1         Notice not later than one hundred twenty (120) days after the close of discovery and
2 the notice must include statements of intent to forgo the filing of dispositive motions.
3         In the Notice of Trial Readiness, the parties are to set forth the appropriateness of special
4 procedures, their estimated trial length, any request for a jury, their availability for trial, and if the
5 parties are willing to attend a settlement conference. The Notice shall also estimate how many
6 court days each party will require to present its case, including opening statements and closing
7 arguments. The parties' estimate shall include time necessary for jury selection, time necessary
8 to finalize jury instructions and instruct the jury. After review of the parties' Joint Notice of Trial
9 Readiness, the court will issue an order that sets forth dates for a final pretrial conference and
10 trial.
11         IT IS SO ORDERED.
12 Dated: July 23, 2020

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/singh.1692