UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH, | No. 2:19-cv-1692-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| TAMI PERRIELLO, Acting Administrator, U.S. Small Business Administration,[1] | |
| Defendant. | |

On March 3, 2021, the parties jointly contacted the court to informally request a scheduling conference in this case. The court finds a conference unnecessary to address the two issues mentioned by the parties and instead issues the following order.[2]

---

[1] The Clerk of Court is instructed to update the docket caption for this case to reflect Ms. Perriello as the sole defendant in this action. Ms. Perriello succeeded the former Administrator of the U.S. Small Business Administration, so she is automatically substituted for Ms. McMahon. See Fed. R. Civ. P. 25(d). The docket also currently lists Scott Reynders as a defendant, but plaintiff withdrew his original claim against Mr. Reynders pursuant to the parties' January 10, 2020 stipulation. (ECF No. 11; see ECF No. 15.) And the court denied plaintiff's recent motion to add claims against Mr. Reynders. (ECF No. 50.) Finally, the U.S. Small Business Administration itself is not a proper defendant in this Title VII action arising from an application for federal employment. See 42 U.S.C. § 2000e-16(c) (stating that "the head of the department, agency, or unit, as appropriate, shall be the defendant" in such an action).

[2] If the court is mistaken and the parties believe they still need a conference they may resubmit their request to the court.

# **ORDER**

It is HEREBY ORDERED that the parties shall file:

1. A stipulated proposed order showing good cause to modify the current Scheduling Order (ECF No. 22), setting forth the parties' proposed new scheduling dates; and

2. A stipulated proposed order regarding defendant's production of documents covered by the Privacy Act, 5 U.S.C. § 552a.

Dated: March 8, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sing.1692

2