PHILIP A. TALBERT
Acting United States Attorney
BRODIE M. BUTLAND (SBN 0084441)
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorney for the Administrator, U.S. Small Business Administration

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH | ) Case No.: 2:19-cv-01692-KJN PS |
| Plaintiff | ) |
| | ) STIPULATION AND ORDER TO |
| v. | ) MODIFY CASE SCHEDULE |
| | ) |
| ISABEL GUZMAN, Administrator, U.S. Small | ) |
| Business Administration | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |

Pursuant to the Court's March 8, 2021 Order, Plaintiff Kulvinder Singh and Defendant Isabel Guzman, Administrator, U.S. Small Business Administration, hereby stipulate to and request that the Court enter the attached Proposed Order modifying the case schedule by adding approximately 90 days to the existing dates for discovery cut-off (July 30, 2021) and dispositive motion hearing (September 10, 2021).

The parties request this modification to allow them additional time to complete depositions in this matter.  This Court previously stayed discovery on October 2, 2020 to rule on Defendant's motion for summary judgment and lifted that stay 87 days later, on December 28, 2020.  Since discovery resumed, the parties have been diligently exchanging written discovery and have held multiple conference calls to discuss and resolve discovery matters.  Plaintiff recently supplemented his interrogatory responses and document production on May 26, 2021. Plaintiff also served a second set of interrogatories on Defendant on June 2, 2021, which Defendant intends to respond to expeditiously.

Plaintiff intends to select certain individuals for deposition based on Defendant's responses to the interrogatories.

In light of the outstanding written discovery and further potential discovery supplementations, the parties believe that July 30, 2021 is no longer a practicable discovery cut-off date, as it will not likely provide sufficient time for the parties to complete the depositions they expect.  Further, Defendant anticipates filing at least a partial motion for summary judgment on the merits of this case.  The motion hearing deadline of September 10, 2021 under the current schedule (which would require Defendant to file the motion in early August) also is impracticable given the need to obtain and review deposition transcripts.  Finally, the parties have agreed that additional time for discovery would allow for a greater likelihood of conducting depositions in person.

Accordingly, the parties respectfully request that the Court enter the attached stipulated order, which modifies the existing schedule to require discovery to be completed by October 30, 2021, and which requires all motions to be completed by December 10, 2021.

Dated:  June 11, 2021          */s/  Kulvinder Singh (per email consent)*
KULVINDER SINGH
Plaintiff, Pro Se

Dated:  June 11, 2021          PHILLIP A. TALBERT
Acting United States Attorney

By:  */s/  Brodie M. Butland*
BRODIE M. BUTLAND
Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KULVINDER SINGH,

      Plaintiff,

   v.

ISABEL GUZMAN, Administrator, U.S.
Small Business Administration,

      Defendant.

Case No. 2:19-cv-01692-KJN PS

[PROPOSED] ORDER

  The parties having stipulated to a modification of the existing Pretrial Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b)(4), and it appearing that the parties have demonstrated good cause for modifying the existing case schedule, IT IS HEREBY ORDERED that the existing deadlines in this case, as stated in the Court's Pretrial Scheduling Order of June 26, 2020 (ECF No. 22), are hereby modified as follows:

- The parties shall complete all fact and expert discovery by October 29, 2021.
- All law and motion except as to discovery shall be conducted so as to be completed by (that is, heard by) December 10, 2021.

**IT IS SO ORDERED.**

Dated:  June 11, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE