UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH,<br><br>        Plaintiff,<br><br>v.<br><br>ISABEL GUZMAN, Administrator, U.S. Small Business Administration,<br><br>        Defendant. | Case No. 2:19-cv-01692-KJN<br><br>[PROPOSED] ORDER |

The parties having stipulated to the same, IT IS HEREBY ORDERED that Plaintiff Kulvinder Singh may serve additional interrogatories beyond the 25 interrogatories permitted by Federal Rule of Civil Procedure 33(a)(1) on Defendant Isabel Guzman. Defendant may still object to the interrogatories on any other basis permitted by Rule 26 or other law.

**IT IS SO ORDERED.**

Dated:  August 20, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION                                3