PHILLIP A. TALBERT
Acting United States Attorney
BRODIE M. BUTLAND (SBN 0084441)
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:(559) 497-4099

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH,<br><br>           Plaintiff,<br><br>v.<br><br>ISABEL GUZMAN, Administrator, U.S. Small Business Administration,<br><br>           Defendant. | Case No. 2:19-cv-01692-KJN<br><br>**JOINT MOTION TO EXTEND CASE DEADLINES** |

  Plaintiff Kulvinder Singh and Defendant Isabel Guzman, Administrator, U.S. Small Business Administration, hereby request that the Court enter the attached Proposed Order modifying the case schedule by adding approximately 62 days to the existing dates for discovery cut-off (extended to December 31, 2021) and dispositive motion hearing (extended to February 15, 2022).

  The parties believe that such an extension would be helpful to fully gathering relevant information while saving resources, especially for the benefit of plaintiff, a pro se party.  Pursuant to the Court's August 20, 2021 order, plaintiff has served additional interrogatories to save significant resources, including the need to depose several employees of the SBA, many of whom are located out of this jurisdiction.  Defendant recently has provided responses to plaintiff's third set of interrogatories (which required an extension for Defendant to gather all the necessary responsive information) and will be shortly providing responses to a fourth set.  Plaintiff believes a final set of interrogatories is needed to fully obtain the information necessary for his case and avoiding the need

1 for several depositions.  Further, as a practical matter, depositions cannot occur until those
2 interrogatory responses are provided, and some individuals plaintiff has contemplated deposing have
3 limited availability in October 2021.   The parties therefore believe it would be mutually beneficial
4 to modify the case schedule to allow for additional 62 days of discovery (until December 31, 2021)
5 and summary judgment (hearing by February 15, 2022).  The parties state that this request is made in
6 good faith, that good cause exists for the request, and that it is not being made for dilatory or any
7 improper purpose.

Respectfully submitted,

Dated:  Oct. 5, 2021

/s/  Kulvinder Singh (per email consent 10/4/21)
KULVINDER SINGH
Plaintiff, pro se

Dated:  Oct. 5, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/  Brodie M. Butland
BRODIE M. BUTLAND
Assistant U.S. Attorney
Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER SINGH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ISABEL GUZMAN, Administrator, U.S. Small Business Administration,<br><br>　　　　　　　Defendant. | Case No. 2:19-cv-01692-KJN<br><br>**ORDER TO MODIFY CASE SCHEDULE** |

　　　GOOD CAUSE APPEARING,

　　　The parties having stipulated to the same, IT IS HEREBY ORDERED that the existing deadlines in this case, as stated in the original Pretrial Scheduling Order of June 26, 2020 (ECF No. 22) and modified on June 11, 2021 (ECF No. 59), are hereby modified as follows:

- The parties shall complete all fact and expert discovery by December 31, 2021, with all discovery motions heard by that date.

- All law and motion except as to discovery shall be conducted so as to be completed—that is, heard by—February 15, 2022.

The court will look with disfavor on further requests to extend the deadlines in this case.

**IT IS SO ORDERED.**

Dated: October 6, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE